**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D063851 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD241723) |
| MARIO RICHARD MADRID, | ORDER MODIFYING OPINION |
| Defendant and Appellant. | **NO CHANGE IN JUDGMENT** |

THE COURT:

The opinion filed October 31, 2013 is modified as follows:

Page 4, first paragraph, last sentence is modified to read:  Competent counsel has represented Madrid on this appeal.

THERE IS NO CHANGE IN JUDGMENT.

BENKE, Acting P. J.